UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALBERT J GALZARANO, III          Chapter 13

Debtor          Bankruptcy No. 15-10313-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this _4th_ day of _August_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ALBERT J GALZARANO, III

3144 UNRUH STREET

PHILADELPHIA, PA 19149